# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0397

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No. _____ |
| | ) COMPLAINT FOR VIOLATION OF: |
| Plaintiff | ) |
| | ) TITLE 8 U.S.C. § 911 |
| | ) False Claim to United States |
| v. | ) Citizenship (Felony) |
| | ) |
| Antonio DURAN LOPEZ | ) TITLE 18 U.S.C. § 1546 |
| AKA: Miguel Angel BAUTISTA | ) Fraud and Misuse of Visas, Permits, |
| | ) and Other Documents (Felony) |
| | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

### Count 1

On or about February 10, 2008, within the Southern District of California, defendant Antonio DURAN LOPEZ, AKA Miguel Angel BAUTISTA, did falsely and willfully represent to an officer of the United States Customs and Border Protection, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18 United States Code, Section 911.

### Count 2

On or about February 10, 2008, within the Southern District of California, defendant Antonio DURAN LOPEZ, AKA Miguel Angel BAUTISTA, in applying for entry into the United States at the San Ysidro Port of Entry did attempt to use or possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to have been procured by fraud or unlawfully obtained, to wit, California Identification Card number A5478377 and a California, Certified Abstract of Birth, both bearing the name Miguel BAUTISTA; in violation of Title 18, United States Code, Section 1546(a).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This _____ day of _____, 2008.

_____ UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1.  I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for eight years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2.  During the performance of my duties, I have obtained evidence that Antonio DURAN LOPEZ (DEFENDANT), aka Miguel Angel BAUTISTA falsely claimed United States Citizenship and possessed and/or used a California Identification Card and Birth Certificate that was unlawfully obtained. This Affidavit is made in support of a complaint against DEFENDANT for violation of Title 18, U.S.C., Section 1546, Fraud and Misuse of Visas, Permits, and Other Documents; Title 8 U.S.C. 911, False Claim to United States Citizenship.

3.  On 02/10/2008, at approximately 1800 hours, DEFENDANT presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Yisdro Port of Entry, to apply for admission into the United States. DEFENDANT identified himself as a United States Citizen. When asked for identification documents to prove his citizenship, DEFENDANT identified himself to the officer with California Identification Card number A5478377, bearing the name Miguel Angel BAUTISTA and a photograph of DEFENDANT, as well as a California Birth Certificate Abstract bearing the name Miguel BAUTISTA indicating a place of birth as California. A name check of the DEFENDANT's assumed identity indicated there was a lookout by a government agency. DEFENDANT was referred for secondary inspection.

4.  On 02/10/2008, a CBP Officer conducted a secondary inspection of DEFENDANT. Fingerprint checks revealed that DEFENDANT had a FBI record in the name Antonio DURAN LOPEZ. DEFENDANT admitted that his true name was Antonio DURAN LOPEZ. DEFENDANT remained in the secondary inspection area.

5.  On 02/10/2008, at approximately 2100 hours, the Affiant was notified by the CBP from the San Yisdro POE, of the case.

6.  On 02/10/2008, at approximately 0145 hours, DEFENDANT was retrieved from secondary inspection and was brought to an upstairs interview room. The Affiant, assisted by CBP Officers, who also served as a translator when necessary, obtained consent from DEFENDANT to have his interview audio and video taped. DEFENDANT read his Miranda warning aloud in Spanish from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Antonio DURAN LOPEZ, DPOB, 10/10/1978, Jalisco, Mexico. He stated that he was a citizen of Mexico and not a citizen of the United States.

7.  DEFENDANT claimed that he found the birth certificate of Miguel BAUTISTA. He admitted that he subsequently ordered additional 'original' copies of the birth certificate, and then subsequently obtained a Social Security Card and a California Identification card in the stolen identity. DEFENDANT also admitted that he opened a bank account and obtained a car loan in the stolen identity. DEFENDANT also admitted to having applied for a US passport in late 2007, in the stolen identity. He claimed that he was attempting to enter the United States in order to check to see if the US passport in the stolen identity had been mailed to his address.



8.  DEFENDANT admitted that on 02/10/2008, he applied for entry into the United States and orally claimed to be a United States citizen, when in fact, he was not. He also admitted that he then presented a California Identification Card and birth certificate in the stolen identity, as his proof of United States citizenship.

9.  DEFENDANT made an oral recorded statement and a written statement acknowledging his true name and that he unlawfully obtained identification documents, bearing the name Miguel BAUTISTA, and that he possessed and used the documents in the United States. In total, Defendant used or possessed two California Identification Cards, a Social Security Card, and copies of three birth documents, in addition to numerous other documents that indicated use of the stolen identity.

10.  On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offenses on 02/10/2008 - in violation of Title18, United States Code, Section 1546(a): Fraud and Misuse of Visas, Permits, and Other Documents - when he knowingly used the US Passport that was unlawfully obtained in order to gain admission into the United States; Title 8 United States Code 911, False Claim to United States Citizenship – when he, did falsely and willfully represent to an officer of the United States Customs and Border Protection, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States.

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service